IN THE CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| T. RAWDON BEATY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CV-05-57 |
| ) | |
| MERCK & CO., INC., a foreign ) | |
| Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:  Hon. David S. Nix
     Circuit Clerk of Barbour County
     Post Office Box 219
     Clayton, Alabama 36016

PLEASE TAKE NOTICE that Merck & Co., Inc. has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached hereto as Exhibit A.

Respectfully submitted this the 14th day of September, 2005.

_____
R. Austin Huffaker, Jr. (HUF006)
One of the Attorneys for Defendant,
Merck & Co., Inc.



DEFENDANT'S EXHIBIT B

OF COUNSEL:
Robert C. "Mike" Brock
Benjamin C. Wilson
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 263-4157

## CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2005, I served the following counsel of record with a copy of the foregoing via United States Mail, postage prepaid and properly addressed:

Andy D. Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL

2