IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 14 P 3:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| T. RAWDON BEATY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:05cv880-W |
| | ) |
| MERCK & CO., INC., a foreign | ) |
| Corporation, et al., | ) Removed from the Circuit |
| | ) Court of Barbour County, |
| Defendants. | ) Alabama |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

ROBERT C. "MIKE" BROCK (ASB-5280-B61R)
BENJAMIN C. WILSON (ASB-1649-I54B)
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)

OF COUNSEL:

Robert C. "Mike" Brock       rcb@rsjg.com
Benjamin C. Wilson           bcw@rsjg.com
R. Austin Huffaker, Jr.      rah2@rsjg.com
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 263-4157

## CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2005, I served the following counsel of record with a copy of the foregoing via United States Mail, postage prepaid and properly addressed:

Andy D. Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL

2