IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. RAWDON BEATY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:05cv880-W |
| | ) |
| MERCK & CO., INC., a foreign | ) |
| Corporation, et al., | ) Removed from the Circuit |
| | ) Court of Barbour County, |
| Defendants. | ) Alabama |
| | ) |

## MOTION TO DISMISS

Without waiving any other defense he may have to this lawsuit, Defendant Tim Griswald moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Griswald states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal.

ROBERT C. "MIKE" BROCK (ASB-5280-B61R)
BENJAMIN C. WILSON (ASB-1649-I54B)
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)

OF COUNSEL:

Robert C. "Mike" Brock          rcb@rsjg.com
Benjamin C. Wilson              bcw@rsjg.com
R. Austin Huffaker, Jr.         rah2@rsjg.com
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 263-4157

## CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2005, I served the following counsel of record with a copy of the foregoing via United States Mail, postage prepaid and properly addressed:

Andy D. Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL