IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| T. RAWDON BEATY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cv880-W |
| | ) | |
| MERCK & CO., INC., a foreign | ) | |
| Corporation, et al., | ) | Removed from the Circuit |
| | ) | Court of Barbour County, |
| Defendants. | ) | Alabama |
| | ) | |

**NOTICE OF TAG-ALONG INCLUSION**

COMES NOW Defendant Merck & Co., Inc. ("Merck") and hereby provides notice of the inclusion of this case in Merck's sixty-third notification of potential "tag-along actions" to the Judicial Panel on Multidistrict Litigation (the "MDL Panel") pursuant to Rule 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."). [See Tag-Along Letter, attached hereto as ExhibitA]. Merck expects a conditional transfer order to be issued shortly.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)

OF COUNSEL:

| | |
|---|---|
| Robert C. "Mike" Brock | rcb@rsjg.com |
| Benjamin C. Wilson | bcw@rsjg.com |
| R. Austin Huffaker, Jr. | rah2@rsjg.com |

RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 263-4157

## CERTIFICATE OF SERVICE

     I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andy D. Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

                                                /s/ Austin Huffaker
                                                OF COUNSEL