# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

September 16, 2005

VIA FEDERAL EXPRESS

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    In re: VIOXX® Products Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

    Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's sixty-third notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Beaty v. Merck & Co., Inc. et al.*, C.A. No. 2:05-cv-00880 (M.D. Ala.)
2. *Howell v. Merck & Co., Inc. et al.*, C.A. No. 1:05-cv-00525 (S.D. Ala.)
3. *Madfes et al., v. Merck & Co., Inc.* C.A. No. 3:05-cv-03656 (N.D. Cal.)
4. *Strauss et al., v. Merck & Co., Inc.* C.A. No. 05-cv-22503 (S.D. Fla.)
5. *Cramer et al., v. Merck & Co., Inc.* C.A. No. 2:05-cv-02202 (C.D. Ill.)
6. *Bryant v. Merck & Co., Inc.* C.A. No. 3:05-cv-50178 (N.D. Ill.)
7. *Gough et al., v. Merck & Co., Inc.* C.A. No. 1:05-cv-05198 (N.D. Ill.)
8. *Snyder et al., v. Merck & Co., Inc.* C.A. No. 3:05-cv-00573 (N.D. Ind.)
9. *Berkshire et al., v. Merck & Co., Inc.* C.A. No. 2:05-cv-00172 (E.D. Ky.)
10. *Miller v. Merck & Co., Inc.* C.A. No. 5:05-cv-00378 (E.D. Ky.)
11. *Stuck et al., v. Merck & Co., Inc.* C.A. No. 2:05-cv-00173 (E.D. Ky.)
12. *Warner v. Merck & Co., Inc.* C.A. No. 2:05-cv-00174 (E.D. Ky.)
13. *McDonald v. Merck & Co., Inc.* C.A. No. 1:05-cv-02482 (D. Md.)
14. *Shaver v. Merck & Co., Inc.* C.A. No. 0:05-cv-02116 (D. Minn.)
15. *Williams v. Merck & Co., Inc.* C.A. No. 0:05-cv-02117 (D. Minn.)
16. *Cook et al., v. Merck & Co., Inc.* C.A. No. 3:05-cv-00110 (N.D. Miss.)
17. *Gilmore v. Merck & Co., Inc. et al.*, C.A. No. 4:05-cv-01482 (E.D. Mo.)



EXHIBIT A

47 Avenue Georges Mandel   1775 I Street, N.W.   350 South Grand Avenue   201 South Biscayne Boulevard   Akasaka Tokyu Building 6F   101 Hudson Street
75116 Paris, France        Washington, D.C.      Los Angeles, California  Miami, Florida                2-14-3 Nagata-cho Chiyoda-ku  Jersey City, New Jersey
(33) (1) 44.05.80.00       20006-2401            90071-3442               33131-4332                    Tokyo 100-0014 Japan          07302-3918
                           202-721-4600          213-613-2800             305-358-1666                  (81) (3) 3539-2771            201-536-9220

# Hughes Hubbard & Reed LLP

18. *Sterling et al., v. Merck & Co., Inc. et al.*, C.A. No. 4:05-cv-01466 (E.D. Mo.)
19. *Meysami et al., v. Merck & Co., Inc.* C.A. No. 2:05-cv-04283 (W.D. Mo.)
20. *Gralto v. Merck & Co., Inc.* C.A. No. 1:05-cv-04304 (E.D. N.Y.)
21. *North v. Merck & Co., Inc. et al.*, C.A. No. 6:05-cv-06475 (W.D. N.Y.)
22. *Smith v. Merck & Co., Inc. et al.*, C.A. No. 2:05-cv-00834 (S.D. Ohio)
23. *Bridges v. Merck & Co., Inc.* C.A. No. 5:05-cv-01056 (W.D. Okla.)
24. *Miller v. Merck & Co., Inc.* C.A. No. 5:05-cv-01059 (W.D. Okla.)
25. *Zind v. Merck & Co., Inc.* C.A. No. 5:05-cv-01057 (W.D. Okla.)
26. *Olson et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:05-cv-04840 (E.D. Pa.)
27. *Harper et al., v. Merck & Co., Inc.* C.A. No. 2:05-cv-00232 (E.D. Tenn.)
28. *Marshall et al., v. Merck & Co., Inc.* C.A. No. 4:05-cv-00064 (E.D. Tenn.)
29. *Myers v. Merck & Co., Inc.* C.A. No. 4:05-cv-00063 (E.D. Tenn.)
30. *Booher et al., v. Merck & Co., Inc.* C.A. No. 3:05-cv-00689 (M.D. Tenn.)
31. *Marks v. Merck & Co., Inc.* C.A. No. 1:05-cv-00062 (M.D. Tenn.)
32. *Hatch et al., v. Merck & Co., Inc. et al.*, C.A. No. 1:05-cv-01252 (W.D. Tenn.)
33. *Jividen v. Merck & Co., Inc.* C.A. No. 2:05-cv-02659 (W.D. Tenn.)
34. *Parker v. Merck & Co., Inc.* C.A. No. 2:05-cv-02658 (W.D. Tenn.)
35. *Paslay v. Merck & Co., Inc.* C.A. No. 1:05-cv-01255 (W.D. Tenn.)
36. *Smith et al., v. Merck & Co., Inc. et al.*, C.A. No. 1:05-cv-01251 (W.D. Tenn.)
37. *Spraggins v. Merck & Co., Inc.* C.A. No. 2:05-cv-02660 (W.D. Tenn.)
38. *Woods v. Merck & Co., Inc.* C.A. No. 1:05-cv-01254 (W.D. Tenn.)
39. *King v. Merck & Co., Inc.* C.A. No. 2:05-cv-00429 (E.D. Tex.)
40. *Pugh v. Merck & Co., Inc.* C.A. No. 1:05-cv-00640 (E.D. Tex.)
41. *Morris v. Merck & Co., Inc.* C.A. No. 3:05-cv-01827 (N.D. Tex.)
42. *Valdez v. Merck & Co., Inc.* C.A. No. 2:05-cv-00450 (S.D. Tex.)
43. *Thompson v. Merck & Co., Inc.* C.A. No. 05-cv-745 (W.D. Tex.)
44. *Ablad et al., v. Merck & Co., Inc.* C.A. No. 2:05-cv-00762 (D. Utah)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following development pertaining to an action that is currently the subject of Panel consideration.

1. *Schaechtele et al., v. Merck & Co., Inc. et al.*, C.A. No. CV-N-05-0339 was remanded to the Second Judicial District Court in Washoe County, Nevada on September 7, 2005.

Respectfully submitted,

*Cecily C. Williams*

Cecily C. Williams

Enclosures
CCW/eas

2