**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

September 30, 2005

# NOTICE OF REASSIGNMENT

Re:   Theatus Rawdon Beatyl
      Civil Action No.2:05cv880-W

The above-styled case has been reassigned to District Judge Myron H. Thompson..

Please note that the case number is now 2:05cv880-T.   This new case number should be used on all future correspondence and pleadings in this action.


                                    Sincerely,



                                    Sheryl K. Lent
                                    Deputy Clerk