JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-26)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,668 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

EXHIBIT
A

## SCHEDULE CTO-26 - TAG-ALONG ACTIONS
### DOCKET NO. 1657
### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  05-880 | Theatus Rawdon Beaty v. Merck & Co., Inc., et al. |
| ALM  3  05-849 | Ruth Baldwin, etc. v. Merck & Co., Inc., et al. |
| **ALABAMA SOUTHERN** | |
| ALS  1  05-525 | Hazel C. Howell v. Merck & Co., Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  05-6560 | Ron Clausen, et al. v. Merck & Co., Inc. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-3656 | Kenneth Madfes, et al. v. Merck & Co., Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  1  05-22503 | Ronald Strauss, et al. v. Merck & Co., Inc. |
| **IDAHO** | |
| ID  2  05-361 | Betty Carolyn Struckmeyer, et al. v. Merck & Co., Inc. |
| **ILLINOIS CENTRAL** | |
| ILC  2  05-2202 | Charles Cramer, et al. v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  05-5088 | Freddie S. Gilmer, Sr. v. Merck & Co., Inc. |
| ILN  1  05-5136 | Wanda Hill, etc. v. Merck & Co., Inc. |
| ILN  1  05-5198 | Delores M. Gough, et al. v. Merck & Co., Inc. |
| ILN  3  05-50178 | Rosetta Bryant v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS  4  05-4170 | Gary Grizzell v. Merck & Co., Inc., et al |
| **INDIANA NORTHERN** | |
| INN  3  05-567 | Barbara M. Lewallen, et al. v. Merck & Co., Inc. |
| INN  3  05-568 | Billy J. Milan, et al. v. Merck & Co., Inc. |
| INN  3  05-573 | Deborah Ann Snyder, et al. v. Merck & Co., Inc. |
| **KENTUCKY EASTERN** | |
| KYE  2  05-170 | Joan Ann Muth, et al. v. Merck & Co., Inc. |
| KYE  2  05-172 | Edward Berkshire, et al. v. Merck & Co., Inc. |
| KYE  2  05-173 | Linda K. Stuck, et al. v. Merck & Co., Inc. |
| KYE  2  05-174 | Carole L. Warner v. Merck & Co., Inc. |
| KYE  5  05-378 | Velma J. Miller, etc. v. Merck & Co., Inc. |
| **KENTUCKY WESTERN** | |
| KYW  4  05-133 | Roger D. Hayse, et al. v. Merck & Co., Inc. |
| **LOUISIANA MIDDLE** | |
| LAM  3  05-1059 | James B. Arnold, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 2 of 4

DIST. DIV. C.A. #            CASE CAPTION

MINNESOTA
  MN   0  05-2116            Darlene J. Shaver v. Merck & Co., Inc.
  MN   0  05-2117            Carolyn L. Williams v. Merck & Co., Inc.

MISSOURI EASTERN
  MOE  4  05-1353            Bertha Marie Mitchell v. Merck & Co., Inc.
  MOE  4  05-1354            Julie Thompson v. Merck & Co., Inc.
  MOE  4  05-1373            Thelma Reed, et al v. Merck & Co., Inc.
  MOE  4  05-1378            Mollie Knox v. Merck & Co., Inc.
  MOE  4  05-1379            Janet Lemmon v. Merck & Co., Inc.
  MOE  4  05-1380            Sharion Mitchell v. Merck & Co., Inc.
  MOE  4  05-1463            Evelyn Light, et al. v. Merck & Co., Inc., et al.
  MOE  4  05-1465            Fulton Lacy, et al. v. Merck & Co., Inc., et al.
  MOE  4  05-1466            Roberta Sterling, et al v. Merck & Co., Inc., et al.
  MOE  4  05-1482            John G. Gilmore v. Merck & Co., Inc., et al.

MISSOURI WESTERN
  MOW  2  05-4274            Ruby Frances Smith, et al. v. Merck & Co., Inc.
  MOW  2  05-4283            Glenda Meysami, et al. v. Merck & Co., Inc.
  MOW  4  05-763             Betty White v. Merck & Co., Inc
  MOW  4  05-787             Robert H. Cotter, etc v. Merck & Co., Inc.
  MOW  4  05-823             Jackie Knott, et al. v. Merck & Co., Inc.
  MOW  4  05-824             Hugh Graff, et al. v. Merck & Co., Inc.
  MOW  4  05-825             Mary Withers, et al. v. Merck & Co., Inc.
  MOW  4  05-831             Mary Plubell v. Merck & Co., Inc.
  MOW  4  05-841             Donna Smith, et al. v. Merck & Co., Inc.
  MOW  4  05-842             Ronald Yahne, et al. v. Merck & Co., Inc.
  MOW  4  05-843             Beverly Paith v. Merck & Co., Inc.
  MOW  4  05-844             Gerald Holcomb, et al v. Merck & Co., Inc.
  MOW  4  05-845             George Peters, et al. v. Merck & Co., Inc
  MOW  5  05-6092            Louisa Occhipinto v. Merck & Co., Inc.

MISSISSIPPI NORTHERN
  MSN  3  05-110             James R. Cook, Jr., et al. v. Merck & Co., Inc.

MONTANA
  MT   9  05-146             Gary Hoekman v. Merck & Co., Inc., et al.

NORTH CAROLINA EASTERN
  NCE  7  05-160             Eugene Ulysses Taylor, Jr v. Merck & Co., Inc.
  NCE  7  05-161             Bobby Gene Brook v. Merck & Co., Inc.

NEW HAMPSHIRE
  NH   1  05-317             Todd Rohr v. Merck & Co., Inc

NEW YORK EASTERN
  NYE  1  05-4091            Ruth Boyd, et al v. Merck & Co., Inc
  NYE  1  05-4284            David Goldner, et al. v. Shelter Rock Orthopedic Group, P C, et al.
  NYE  1  05-4303            Jean Claude Nathan v. Merck & Co., Inc.
  NYE  1  05-4304            Anthony Gralto v. Merck & Co., Inc.

NEW YORK SOUTHERN
  NYS  1  05-7999            Millie Pitchford v. Merck & Co., Inc.

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                          PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK WESTERN** | |
| NYW 6 05-6475 | Brian North v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-2136 | Charlotte Mahan v. Merck & Co., Inc. |
| **OHIO SOUTHERN** | |
| OHS 2 05-834 | Karen Smith, etc. v. Merck & Co., Inc |
| **OKLAHOMA NORTHERN** | |
| OKN 4 05-492 | Redina Darlene Sewell v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW 5 05-1056 | Betty Bridges v. Merck & Co., Inc. |
| OKW 5 05-1057 | Joyce Zind v. Merck & Co., Inc. |
| OKW 5 05-1059 | Phyllis Miller v. Merck & Co., Inc. |
| OKW 5 05-1079 | George Seminoff, et al. v. Merck & Co., Inc. |
| OKW 5 05-1080 | Jackie Harper, etc v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-3785 | James Schneller, etc v. Merck & Co., Inc. |
| PAE 2 05-4577 | Dr. Donald Dworken v. Merck & Co., Inc., et al. |
| PAE 2 05-4578 | Norman B. LaChance, et al v. Merck & Co., Inc., et al. |
| PAE 2 05-4713 | Pauline M. Dixon v. Merck & Co., Inc |
| PAE 2 05-4740 | Sharon Kravet, etc v. Merck & Co., Inc., et al. |
| PAE 2 05-4825 | Kirkwood Dormeyer v. Merck & Co., Inc, et al. |
| PAE 2 05-4840 | Karen Olson, et al. v. Merck & Co., Inc., et al |
| PAE 2 05-4917 | Althea L. Newman, et al. v. Merck & Co., et al |
| PAE 2 05-4924 | Thomas N. Pafford, et al. v. Merck & Co., Inc., et al. |
| **SOUTH DAKOTA** | |
| SD 1 05-1038 | Blanche Lewandowski v. Merck & Co., Inc. |
| SD 1 05-1039 | Chuck Davis, Sr. v. Merck & Co., Inc. |
| **TENNESSEE EASTERN** | |
| TNE 1 05-231 | Kennenth Gregory v. Merck & Co., Inc |
| TNE 1 05-232 | Frieda Thompson v. Merck & Co., Inc. |
| TNE 1 05-233 | Dorothy P. Price, et al. v. Merck & Co., Inc. |
| TNE 1 05-252 | James R. Clayton v. Merck & Co., Inc. |
| TNE 1 05-253 | James D. Williams v. Merck & Co., Inc |
| TNE 2 05-222 | Charlotte R. Young v. Merck & Co., Inc. |
| TNE 2 05-223 | Michael B. Kelly, et al. v. Merck & Co., Inc. |
| TNE 2 05-232 | James F. Harper, et al. v. Merck & Co., Inc. |
| TNE 3 05-430 | Betty S. Hendrickson v. Merck & Co., Inc |
| TNE 4 05-63 | James Myers v. Merck & Co., Inc. |
| TNE 4 05-64 | Thomas Marshall, et al. v. Merck & Co., Inc |
| **TENNESSEE MIDDLE** | |
| TNM 1 05-62 | Mariane Marks, etc. v. Merck & Co., Inc. |
| TNM 3 05-663 | Beverly Carole Maxwell, et al. v Merck & Co., Inc |
| TNM 3 05-689 | Robert Fontaine Booher, et al. v Merck & Co., Inc. |

SCHEDULE CTO-26 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 4 of 4

DIST. DIV. C.A. #              CASE CAPTION

TENNESSEE WESTERN
  TNW  1  05-1240       Barbara Jean Snider, et al. v. Merck & Co., Inc., et al
  TNW  1  05-1241       James H. Wilbanks, et al. v. Merck & Co., Inc., et al.
  TNW  1  05-1242       Linda Jones, etc. v. Merck & Co., Inc.
  TNW  1  05-1243       Carolyn Butler, etc. v. Merck & Co., Inc., et al
  TNW  1  05-1251       Brenda J. Smith, etc. v. Merck & Co., Inc.
  TNW  1  05-1252       Sally T. Hatch, et al. v. Merck & Co., Inc., et al.
  TNW  1  05-1254       Mary L. Woods v. Merck & Co., Inc
  TNW  1  05-1255       Matha Paslay v. Merck & Co., Inc.
  TNW  2  05-2618       Robert Henry Russell, et al. v. Merck & Co., Inc.
  TNW  2  05-2658       Ola Mae Parker v. Merck & Co., Inc
  TNW  2  05-2659       George Jividen v. Merck & Co., Inc.
  TNW  2  05-2660       Virgie E. Spraggins v. Merck & Co., Inc.

TEXAS EASTERN
  TXE  1  05-611        Nadia Jovancicevic, et al v. Merck & Co., Inc
  TXE  1  05-640        Jaqueline M. Pugh v. Merck & Co., Inc
  TXE  2  05-429        Marcia King, etc. v. Merck & Co., Inc

TEXAS NORTHERN
  TXN  2  05-204        Dora Mae O'Hair Brown, et al. v. Merck & Co., Inc
  TXN  3  05-1827       Margaret Morris v. Merck & Co., Inc.
  TXN  4  05-543        John Dahl v. Merck & Co., Inc.

TEXAS SOUTHERN
  TXS  2  05-445        Antonio Salazar, et al. v. Merck & Co., Inc., et al.
  TXS  2  05-450        Ignacio Valdez v. Merck & Co., Inc.
  TXS  2  05-466        Estella Torres v. Merck & Co., Inc.
  TXS  2  05-467        Norma L. Balderas v. Merck & Co., Inc
  TXS  2  05-468        Mary Alice Terrell v. Merck & Co., Inc.

TEXAS WESTERN
  TXW  1  05-688        Mary E. Brewer, et al v. Merck & Co., Inc
  TXW  1  05-689        Min Han, et al. v. Merck & Co., Inc
  TXW  1  05-690        Joseph Murray, etc. v. Merck & Co., Inc.
  TXW  1  05-691        Clyde Crooks, Jr., et al v. Merck & Co., Inc.
  TXW  1  05-744        Oscar Williams, et al v. Merck & Co., Inc.
  TXW  1  05-745        Jane M. Thompson v. Merck & Co., Inc.

UTAH
  UT   2  05-724        Torgunn Rawle, et al. v. Merck & Co., Inc.
  UT   2  05-731        Merrill Adair, et al. v. Merck & Co., Inc
  UT   2  05-762        Bjorn Ablad, et al. v. Merck & Co., Inc

WISCONSIN WESTERN
  WIW  3  05-438        James Petrasek v. Merck & Co., Inc.

WEST VIRGINIA SOUTHERN
  WVS  2  05-748        Paula J. Goforth, etc. v. Merck & Co., Inc