
EXHIBIT B

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL DOCKET NO. 1657

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

TO:   **VIA OVERNIGHT DELIVERY:**
MICHAEL J. BECK, CLERK OF THE PANEL
ONE COLUMBUS CIRCLE N.E.
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ROOM G-255 NORTH LOBBY
WASHINGTON, D.C. 20002-8004

*T. Rawdon Beaty v. Merck & Co., et al.*, M.D. Alabama,
C.A. No. 2:05-cv-880-T (formerly No. 2:05-cv-880-W)

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Plaintiff, by and through undersigned counsel, hereby files his Notice of Opposition to the Conditional Transfer Order (CTO-26) dated October 6, 2005 on the following grounds:

1. Jurisdiction and venue of this matter are proper in the Circuit Court of Barbour County, Alabama.

2. The Defendants' Notice of Removal is improper.

3. The Defendants' ground for removal, namely, that there was fraudulent joinder, is incorrect. All of the relief sought by the Plaintiff in his complaint is properly founded upon state law claims.

4.  This case is not properly removable under 28 U.S.C. § 1441. No federal court has subject matter jurisdiction over this non-diversity case originally filed in the Circuit Court of Barbour County, Alabama.

5.  Plaintiff has filed a Motion to Remand with supporting brief which is currently before the United States District Court for the Middle District of Alabama, Northern Division.

6.  Transfer is inappropriate because federal subject matter jurisdiction does not exist.

7.  Transfer is inappropriate because this case involves only Alabama state law claims.

8.  Transfer is inappropriate because common issues do not predominate over individual issues of fact.

9.  Transfer will not advance the just and efficient conduct of this case.

10. Transfer is inappropriate because this case is not sufficiently complex and time consuming.

11. Transfer of this case will not further the convenience of the parties and witnesses in this case.

12. Transfer to the MDL will place a great burden upon the Plaintiff and other parties and witnesses to this case.

Respectfully submitted this \_\_\_\_ day of October, 2005.

*/s/ signature*

ANDY D. BIRCHFIELD, JR.
J. PAUL SIZEMORE
Attorneys for Plaintiff

**OF COUNSEL:**
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103
Telephone: (334)269-2343
Facsimile: (334)954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 13th day of October, 2005.

*[signature]*
OF COUNSEL

Americsourcebergen
1300 Morris Drive
Suite 100
Chesterbrook, PA 19087

T. Scott Allen, Jr.
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019

Matthew H. Armstrong
Marker & Armstrong, LLC
One Metropolitan Square
Suite 2970
St. Louis, MO 63102-2793

Dario Arango, M.D.
5407 South McColl Road
Suite B
Edinburg, TX 78539

Bryan F. Aylstock
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Richard J. Arsenault
Neblett Beard & Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

Timothy R. Balducci
The Langston Law Firm, P.A.
100 South Main Street
P.O. Box 787
Booneville, MS 38829-0787

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Steven C. Barkley
3560 Delaware
Suite 305
Beaumont, TX 77706

David A. Barrett
Boies, Schiller & Flexner, LLP
570 Lexington Avenue
16th Floor
New York, NY 10022

| | |
|---|---|
| Bradley Douglas Becnel<br>Law Offices Of Daniel E. Becnel, Jr.<br>425 W. Airline Hwy.<br>Suite B<br>Laplace, LA 70068 | Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084-2095 |
| Bergen Brunswig<br>P.O. Box 959<br>Valley Forge, PA 19482 | C. William Berger<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road<br>Suite 337W<br>Boca Raton, FL 33431 |
| Steve W. Berman<br>Hagens, Berman, Sobol, Shapiro, L.L.P.<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 | Reshonda L. Bradford<br>Singleton Law Office<br>4050 Linwood Avenue<br>Shreveport, LA 71108 |
| Andy Birchfield<br>Beasley, Allen, Crow, Methvin, Portis & Miles<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160 | Joseph M. Bruno<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 |
| Ellis Bradford, Jr.<br>Prisoner #01A4242-27 East 21 Bed<br>Mid-State Correctional Facility<br>P.O. Box 2500<br>March, NY 13403 | Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Berstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 |
| Virginia M. Buchanan<br>Levin, Papantonio, Thomas, Mitchell, et al.<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32501-5996 | Robert Carey<br>Stephanie Lynn Bozzo<br>Hagens, Berman, Sobol, Shapiro, L.L.P.<br>2425 East Camelback Road, Suite 650<br>Phoenix, AZ 85016-4214 |
| Andrew J. Carboy<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | Raymond S. Carroll<br>Law Offices of Weiner, Carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 |
| Stephen W. Burrow<br>Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | John R. Climaco, John A. Peca, Terri A. Lightner, Dawn M. Chmielewski<br>Climaco, Lefkowitz, Peca, Wilcox & Garofoli<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, OH 44115 |

C. York Craig, Jr.  
Craig, Hester, Luke & Dodson  
P.O. Box 12005  
Jackson, MS 39236-2005  

Ernest Cory  
Cory, Watson, Crowder & DeGaris, P.C.  
2131 Magnolia Avenue  
Suite 200  
Birmingham, AL 35205  

John Michael D'Amato, Jr.  
Russo, Scamardella & D'Amato, P.C.  
1010 Forest Avenue  
Staten Island, NY 10310  

Hubert A. Crouch, III and Kim M. Meaders  
Crouch & Ramey, L.L.P.  
1445 Ross Avenue, Sutie 2300  
Dallas, TX 75202  

Eric C. Deters  
Eric C. Deters & Associates, P.S.C.  
5247 Madison Pike  
Independence, KY 41051  

Richard E. Crum  
Cobb, Shealy, Crum & Derrick, P.A.  
P.O. Box 6346  
Dothan, AL 36302-6346  

John Driscoll  
Brown & Crouppen  
720 Olive Street  
Suite 1800  
St. Louis, MO 63101-2302  

Elizabeth A. Fegan  
Timothy A. Scott  
Hagens, Berman, Sobol, Shapiro, L.L.P.  
60 W. Randolph, Suite 200  
Chicago, IL 60601  

Daniel A. Edelman  
Edelman, Combs & Latturner, LLC  
120 South LaSalle Street  
18th Floor  
Chicago, IL 60603  

Dana Foster, P.A.  
2731 Brook Bend Land  
El Campo, TX 77437  

James A. Edwards  
Cantey & Hanger  
801 Cherry Street  
Suite 2100 Burnett Plaza  
Fort Worth, TX 76102  

Ivan Dixon  
8413 Edgewood Drive  
Rowlett, TX 75089  

Reginald K. Fears  
James H. Byrd Unit  
21 FM 247  
Huntsville, TX 77320  

John P. Eberhardt  
# 1083045  
1100 FM 655  
Rosharon, TX 77583  

R. Allen Flowers  
Flowers Law Firm  
341 North 25th Avenue  
Hattiesburg, MS 39401  

Richard M. Edmonson  
Armstrong Allen, PLLC  
4450 Old Canton Road  
Suite 210  
Jackson, MS 39211  

- 6 -

Dana Casselli Fox
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street
Suite 2500
Houston, TX 77002

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

C. Anthony Graffeo
Watson, Jimmerson, Givhan, et al.
203 Greene Street
P.O. Box 18368
Huntsville, AL 35804

Patricia Griffith
1045 Evelyn Avenue
Clarksdale, MS 38614

Lance A. Harke
Harke & Clasby
155 South Miami Avenue
Suite 600
Miami, FL 33130

Craig D. Hebderson
Gary, Thomasson, Hall & Mark
Professional Corp
P.O. Box 2888
210 S. Carancahua
Corpus Christi, TX 78403

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

William B. Federman
Federman & Sherwood
120 North Robinson Avenue
Suite 2720
Oklahoma City, OK 73102

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street
Suite 2390
Kansas City, MO 64105

Richard A. Freese
Sweet & Freese, P.L.L.C
P.O. Box 1178
Jackson, MS 39215

Hector G. Gancedo
Gancedo & Nieves
144 West Colorado Blvd.
Pasadena, CA 91105

Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

Andrew S. Goldwasser
Ciano & Goldwasser
460 MK Ferguson Plaza
1500 West Third Street
Suite 460
Cleveland, OH 44113

Tim T. Griesenbeck
Plunkett & Gibson
Renaissance Plaza, Suite 1100
70 N.E. Loop 410
P.O. Box 795061
San Antonio, TX 78216

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

John F. Hughes
Hamilton Law Firm
P.O. Box 1511
Meridian, MS 39302-1511

Mark B. Hutton
Hutton & Hutton
P.O. Box 638
Wichita, KS 67201

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Jackson, MS 39205-0750

Allan Kanner
Elizabeth B. Cowen
Mary Elizabeth Gardner
Allan Kanner & Associates, P.L.L.C.
701 Camp Street
New Orleans, LA 70130

R. Eric Kennedy
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Timothy M. Kolman
Timothy M. Kolman And Associates
255 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Jeffrey D. Guerriero
Guerriero & Guerriero
P.O. Box 4092
Monroe, LA 71211-4092

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division, Wal-Mart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716-0215

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Debra L. Hurst
Hurst & Hurst
401 West "A" Street
Suite 1825
San Diego, CA 92101

Walter T. Johnson
Watkins & Eager
The Emporium Building
400 East Capitol Street
Suite 300
P.O. Box 650
Jackson, MS 39205-0650

Christy D. Jones
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

David A. Hylla
Bibrey & Hylla
8724 Pin Oak Road
P.O. Box 975
Edwardville, IL 62025

Ira H. Leesfield
Leesfield, Leighton, Rubio & Mahfood, P.A.
2350 South Dixie Highway
Miami, FL 33133

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Carlene Rhodes Lewis
Goforth, Lewis, Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Sharon L. Kegerreis
Hughes, Hubbard & Reed, LLP
201 S. Biscayne Boulevard
Suite 2500
Miami, FL 33131-4332

Richard A. Lockridge
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
Independence, MO 64050

David K. Lietz
Coale, Cooley, Lietz, McInerny & Broadus
818 Connecticut Avenue
Suite 857
Washington, DC 20006

Joseph L. McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

David P. Matthews
Abraham, Watkins, Nichols, Sorrels, et al.
800 Commerce Street
Houston, TX 77002-1776

| | |
|---|---|
| Mason L. Miller<br>Getty & Mayo, PLLC<br>1900 Lexington Financial Center<br>250 W. Main Street<br>Lexington, KY 40507 | J. Leray McNamara<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158 |
| Daniel Minor<br>1032 Cardinal Dr.<br>Waco, TX 76712 | Charles M. Merkel<br>Merkel & Cocke<br>P.O. Box 1388<br>Clarksdale, MS 38614-1388 |
| Michael H. Moirano<br>Nisen & Elliott<br>200 West Adams Street<br>Suite 2500<br>Chicago, IL 60606 | Allen Scott Milavetz<br>Milavetz Gallop & Milavetz<br>6500 France Avenue, South<br>Edina, MN 55435 |
| Geoffrey C. Mousseau<br>Mousseau & Associates<br>1421 Valverde Place<br>Suite B<br>Glendale, CA 91208 | Michel F. Mills<br>Perona, Langer, Beck, Lallande & Serbin<br>300 E. San Antonio Drive<br>P.O. Box 7948<br>Long Beach, CA 90807 |
| John T. Murray<br>Murray & Murray<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871 | Steven R. Minor<br>Elliot Lawson & Minor, PC<br>P.O. Box 8400<br>Bristol, VA 24203-8400 |
| Dianne M. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 | Kenneth B. Moll<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 |
| Richard F. O'Malley<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Suite 48 Southeast<br>Chicago, IL 60603 | Edwin T. Mulhern<br>Huwel & Mulhern<br>11 New Hyde Park Road<br>Frank Square, NY 11010 |
| Thomas Jack Pearson<br>Pearson & Campbell, P.C.<br>2394 Calder Avenue<br>Beaumont, TX 77702 | Stephen B. Murray<br>Murray Law Firm<br>909 Poydras Street<br>Suite 2550<br>New Orleans, LA 70112-4000 |

<div style="column-count:2">

Frank M. Pitre
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malclom Road
Burlingame, CA 94010


Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204


Ellen A. Presby
Baron & Budd, P.C.
3102 Oak Lawn Avenue, 11th Floor
Dallas, TX 75206-5141


William R. Robb
Aleshire, Robb & Sevils, P.C.
901 St. Louis Street
Suite 1600
Springfield, MO 65806


John H. Ruiz
Law Office of John H. Ruiz
5040 N.W. 7th Street
Suite 920
Miami, FL 33126


Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359


Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East.9th Street
Cleveland, OH 44114


Norman E. Siegel
Stueve Helder & Siegel
330 W 47th St Ste 250
Kansas City, MO 64112

</div>

<div style="column-count:2">

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St.
P.O. Box 651
Jackson, MS 39205-0651


Gregory J. Owen
Owen, Patterson & Owen
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355


Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71103


Leslie J. Bryan
Doffermyre, Shields, Canfield, Knowles & Devine
13555 Peachtree Street, N.E. Suite 1600
The Peachtree
Atlanta, GA 30309-3269


Eric M. Quetglas-Jordan
Queglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606


Jeffrey Robinson
Robinson & Sheen, L.L.C.
215 South State Street
Suite 960
Salt Lake City, Utah 84111


Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025


Scott Rynecki
Rubenstien & Rynecki
16 Court Street
Suite 1717
Brooklyn, NY 11241

</div>

- 11 -

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

Robert A. Schwartz
Bailey, Gaylen & Gold
18333 Egret Bay Boulevard
Suite 120
Houston, Texas 77058

Kathryn A. Snapka
Snapka, Truman & Waterhouse, LLP
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

C. York Craig, Jr.
Craig Hester Luke & Dodson, P.A.
404 Fontaine Place, Suite 101
P.O. Box 12005
Jackson, MS 39236-2005

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004-2502

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Thomas M. Sobol
Hugh McNeely
Hagens, Berman, Sobol, Shapiro L.L.P.
One Main Street, 4th Floor
Cambridge, MA 02142

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

John S. Steward
Meyerkord and Steward
2525 South Brentwood Boulevard
Suite 102
St. Louis, MO 63144

Josephine Trovini
Westchester County Attorneys Office
600 Michaelian Office Building
148 Martime Avenue
White Plains, NY 10601

Robert G. Sullivan
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway
18th Floor
New York, NY 10271

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

Deborah M. Sulzer
Gauthier, Houghtaling, Williams & Sulzer
3500 N. Hullen Street
Metairie, LA 70002

Leila H. Watson
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Richard J. Weiner
Law Offices of Richard J. Weiner, P.C.
119 Rockland Center
Suite 425
Nanuet, NY 10954

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

James L. Wright
Mithoff & Jacks
1 Congress Plaza
111 Congress Avenue
Suite 1010
Austin, TX 78701-0001

James John Zonas
James J. Zonas, Attorney at Law
700-2nd Avenue, North
Suite 102
Naples, FL 34102

Michael A. Ysasaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar
Suite 1000
Houston, TX 77010

Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-3669

Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/ Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Leslie Weisbord
Morgan & Weisbord
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

John K. Weston
Sacks, Weston, Smolinksy, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106