IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THEATUS RAWDON BEATY, | ) |
| | ) |
|    Plaintiff, | ) |
| | )  CIVIL ACTION NO. |
| v. | )    2:05cv880-MHT |
| | ) |
| MERCK & CO., INC., a | ) |
| foreign corporation, and | ) |
| TIM GRISWALD, | ) |
| | ) |
|    Defendants. | ) |

ORDER

It is ORDERED that plaintiff's emergency request for reconsideration (Doc. No. 14), request for expedited hearing (Doc. No. 14), and request for ruling on remand motion (Doc. No. 14) are all denied.

DONE, this the 24th day of February, 2006.

     /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE